Anya Fuchs, Esq.
5874 Doyle Street
Emeryville, CA 94608
Telephone:  510-685-9717
Facsimile:  510-743-7147
anya@anyafuchslaw.com

Charles M. Stam (*pro hac vice forthcoming*)
Thompson Stam PLLC
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (844) 846-7826
Facsimile: (713) 379-8076
charles@thompsonstam.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporation; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case Number: 2:24-cv-09851-DDP-SK<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT:**

The undersigned, counsel of record for Plaintiff Eden Film Production LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Eden Film Production LLC, Plaintiff
2. Raju Kini, interest in Plaintiff
3. Marie Henson, interest in Plaintiff
4. Untitled Ghost Comedy LLC, interest in Plaintiff
5. Lockjaw LLC, Defendant
6. Ashley Lyle, Defendant
7. Bart Nickerson, Defendant
8. Beer Christmas, LTD, Defendant
9. Showtime Networks Inc., Defendant
10. Lions Gate Entertainment, Inc., Defendant

Dated: November 20, 2024

Respectfully submitted,

/s/ *Anya Fuchs*
Anya Fuchs, Esq.
5874 Doyle Street
Emeryville, CA 94608
Telephone: 510-685-9717
Facsimile: 510-743-7147
anya@anyafuchslaw.com

Charles M. Stam (SBN: 24106462)
(*pro hac vice forthcoming*)
Thompson Stam PLLC
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (844) 846-7826
Facsimile: (713) 379-8076
charles@thompsonstam.com

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 5874 Doyle Street, Emeryville, CA 94608; and that on this date I served a true copy of the document(s) entitled:

- **PLAINTIFF'S NOTICE OF INTERESTED PARTIES**

Service was effectuated by forwarding the above-noted document in the following manner:

[XX] VIA CM/ECF. I electronically served the above document(s) via CM/ECF on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 20, 2024, at Emeryville, CA.

　　　　　　　　　　　　　　　　　　　　　/s/ *Anya Fuchs*
　　　　　　　　　　　　　　　　　　　　　Anya Fuchs