NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
LIONS GATE ENTERTAINMENT, INC.,
SHOWTIME NETWORKS INC., BEER
CHRISTMAS, LTD., ASHLEY LYLE,
and BART NICKERSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>                 Plaintiff,<br><br>      vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporate; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No. 2:24-cv-09851-DDP-SK<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

### DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1.      I am an attorney admitted to practice before all courts of the State of California and before this Court.  I am a partner in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Lions Gate Entertainment, Inc. ("Lions Gate"),  Showtime Networks Inc. ("Showtime"), Beer Christmas, Ltd. ("Beer Christmas"), Ashley Lyle, and Bart Nickerson (collectively, "Defendants") in this matter.  If called to testify, I could and would competently testify to these facts.

2.      In support of their concurrently filed motion to dismiss, Defendants are separately lodging with the Court eight DVDs containing **Exhibits 1**-**3**.

a.      **Exhibit 1** is a true and correct copy *Eden*.[1]

b.      **Exhibit 2** is a true and correct copy of *Yellowjackets* Season 1.[2]  The DVD set contains the following episodes:

- Episode 101 ("Pilot")
- Episode 102 ("F Sharp")
- Episode 103 ("The Dollhouse")
- Episode 104 ("Bear Down")
- Episode 105 ("Blood Hive")
- Episode 106 ("Saints")
- Episode 107 ("No Compass")
- Episode 108 ("Flight of the Bumblebee")
- Episode 109 ("Doomcoming")

---

[1] *Eden* is available in its entirety through the online streaming services Pluto TV, Prime Video, Tubi TV, and Amazon Freevee.
[2] Season 1 and Season 2 of *Yellowjackets* are available in their entirety through the online streaming services Paramount+ and Prime Video with the Paramount+ with Showtime subscription.

1              •        Episode 110 ("Sic Transit Gloria Mundi")

2        c.    **Exhibit 3** is a true and correct copy of *Yellowjackets* Season 2.  The

3    DVD set contains the following episodes:

4              •        Episode 201 ("Friends, Romans, Countrymen")

5              •        Episode 202 ("Edible Complex")

6              •        Episode 203 ("Digestif")

7              •        Episode 204 ("Old Wounds")

8              •        Episode 205 ("Two Truths and a Lie")

9              •        Episode 206 ("Qui")

10             •        Episode 207 ("Burial")

11             •        Episode 208 ("It Chooses")

12             •        Episode 209 ("Storytelling")

13        I declare under penalty of perjury under the laws of the United States of

14   America and the State of California that the foregoing is true and correct, and that

15   this Declaration was executed on the 24th day of January, 2025, in Los Angeles,

16   California.

17                                    *Cydney Swofford Freeman*
                                      _____
18                                    Cydney Swofford Freeman

19

20

21

22

23

24

25

26

27

28

FREEMAN DECLARATION ISO DEFTS' MTD