# EXHIBIT 1

DVD of *Eden* to be Lodged with the Court