# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporate; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-09851-DDP-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

## ORDER

Defendants Lions Gate Entertainment, Inc. ("Lions Gate"), Showtime Networks Inc. ("Showtime"), Beer Christmas, Ltd. ("Beer Christmas"), Ashley Lyle, and Bart Nickerson (collectively, "Defendants") filed a motion to dismiss plaintiff Eden Film Production LLC's ("Plaintiff") complaint. Having reviewed and considered the motion and all other papers and argument, the motion is **GRANTED.**

The Court finds that Plaintiff's copyright claim fails because there is no substantial similarity of protected expression between the works at issue. *See Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 481 (9th Cir. 2000). Plaintiff cannot cure the defects in its complaint by amending. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated:  _____
Honorable Dean D. Pregerson
United States District Judge

[PROPOSED] ORDER