NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants
LIONS GATE ENTERTAINMENT, INC.,
SHOWTIME NETWORKS INC., BEER
CHRISTMAS, LTD., ASHLEY LYLE,
and BART NICKERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporate; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-09851-DDP-SK <br><br> **DEFENDANTS' NOTICE OF LODGING OF EXHIBITS 1-3 (EIGHT DVDS)** |

1

NOTICE OF LODGING

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendants Lions Gate Entertainment, Inc. ("Lions Gate"),  Showtime Networks Inc. ("Showtime"), Beer Christmas, Ltd. ("Beer Christmas"), Ashley Lyle, and Bart Nickerson (collectively, "Defendants") hereby lodge with the Court eight DVDs containing **Exhibits 1-3**, which are authenticated in the concurrently filed Declaration of Cydney Swofford Freeman.

- **Exhibit 1** is a true and correct copy *Eden*.
- **Exhibit 2** is a true an correct copy of *Yellowjackets* Season 1.  The DVD set contains the following episodes:
  - Episode 101 ("Pilot")
  - Episode 102 ("F Sharp")
  - Episode 103 ("The Dollhouse")
  - Episode 104 ("Bear Down")
  - Episode 105 ("Blood Hive")
  - Episode 106 ("Saints")
  - Episode 107 ("No Compass")
  - Episode 108 ("Flight of the Bumblebee")
  - Episode 109 ("Doomcoming")
  - Episode 110 ("Sic Transit Gloria Mundi")
- **Exhibit 3** is a true and correct copy of *Yellowjackets* Season 2.  The DVD set contains the following episodes:
  - Episode 201 ("Friends, Romans, Countrymen")
  - Episode 202 ("Edible Complex")
  - Episode 203 ("Digestif")
  - Episode 204 ("Old Wounds")
  - Episode 205 ("Two Truths and a Lie")
  - Episode 206 ("Qui")
  - Episode 207 ("Burial")

2

NOTICE OF LODGING

- Episode 208 ("It Chooses")

- Episode 209 ("Storytelling")

DATED: January 24, 2025

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
JOEL RICHERT

By: ___/s/ Nicolas A. Jampol_____
        Nicolas A. Jampol

Attorneys for Defendants
LIONS GATE ENTERTAINMENT, INC., SHOWTIME NETWORKS INC., BEER CHRISTMAS, LTD., ASHLEY LYLE, and BART NICKERSON

3

NOTICE OF LODGING