1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3  JOEL RICHERT (State Bar No. 327116)
     joelrichert@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   350 South Grand Avenue, 27th Floor
5  Los Angeles, California 90071
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants
   LIONS GATE ENTERTAINMENT, INC.,
8  SHOWTIME NETWORKS INC., BEER
   CHRISTMAS, LTD., ASHLEY LYLE,
9  and BART NICKERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporate; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-09851-DDP-SK<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, defendants Lions Gate Entertainment, Inc., Showtime Networks Inc., Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively, "Defendants") disclose the following:

- Lions Gate Entertainment, Inc. is wholly owned by the publicly-traded company Lionsgate Studios Corp. Lionsgate Studios Corp. is majority-owned by the publicly-traded company Lions Gate Entertainment Corp.
- Showtime Networks Inc. is a direct, wholly owned subsidiary of Paramount Global, a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware, without further inquiry, of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.
- Beer Christmas, Ltd. is a privately-held company with no parent corporations, and no publicly traded corporation owns 10% or more of its stock.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1-1, the undersigned counsel for Defendants, certify that the following listed parties may have a pecuniary interest in the outcome of this case:

- Eden Film Production LLC
- Lions Gate Entertainment, Inc.
- Lionsgate Studios Corp.
- Lions Gate Entertainment Corp.
- Showtime Networks Inc.
- Paramount Global
- National Amusements, Inc.

- Beer Christmas, Ltd.
- Ashley Lyle
- Bart Nickerson
- Lockjaw LLC
- Hiscox USA

These representations are made to enable to the Court to evaluate possible disqualification or recusal.

DATED: January 24, 2025

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
JOEL RICHERT

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for Defendants
LIONS GATE ENTERTAINMENT, INC., SHOWTIME NETWORKS INC., BEER CHRISTMAS, LTD., ASHLEY LYLE, and BART NICKERSON