UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-09851-DDP-SK | Date | April 21, 2025 |
|---|---|---|---|
| Title | Eden Film Production, LLC v. Lockjaw LLC, et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles Stam | Cydney Freeman |
| | Nicolas Jampol |

**Proceedings:** **MOTION TO DISMISS PLAINTIFF'S COMPLAINT [27]**

The hearing is held. Following discussion with counsel, the court takes the motion under submission. A written order will issue.

00 : 20

Initials of Preparer   VRV