NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
LIONS GATE ENTERTAINMENT, INC.,
SHOWTIME NETWORKS INC., BEER
CHRISTMAS, LTD., ASHLEY LYLE,
and BART NICKERSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporate; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-09851-DDP-SK<br><br>**DECLARATION OF JOEL RICHERT IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF JOEL RICHERT

I, Joel Richert, declare as follows:

1.    I am an attorney admitted to practice before all courts of the State of California and before this Court. I am an associate in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Lions Gate Entertainment, Inc., Showtime Networks Inc., Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2.    On January 16, 2025, I attended a telephonic meet and confer with Plaintiff's counsel, in which I provided a detailed overview of the bases for Defendants' motion to dismiss. For example, I explained the many dissimilarities between Plaintiff's film *Eden* and Defendants' television series *Yellowjackets* and highlighted the numerous works to be cited in the motion to dismiss involving the unprotectable premise of a plane crash and survival, including the real-life story of the Uruguayan rugby team that crashed in the Andes. I also emphasized to Plaintiff's counsel that in the event Defendants prevailed on their motion to dismiss, Defendants would seek their reasonable attorneys' fees under Section 505 of the Copyright Act.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 9th day of May, 2025, in Los Angeles, California.

                    _____
                        /s/ Joel Richert
                        Joel Richert