# EXHIBIT 1

 Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID ███████
**DWT.COM**

Lionsgate Entertainment


January 22, 2025
Invoice ████
**ELECTRONIC BILLING**

**Matter Name**: Eden Film v. Lockjaw
**Firm Matter Number**: ████████
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:** ████████
**Claim Number:** ████████

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL
FOR FILING PURPOSES ONLY**

---

Total Current Fees
Total Current Costs                                          

| Total Amount Due This Invoice | $ ████ |
| --- | --- |

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
| --- | --- | --- | --- | --- |
| 12/02/24 | J. Richert | 2.50 | 1,150.00 | Watch Eden (2015) and take notes on plot and sequence, themes, setting, mood, pace, dialogue, and characters |
| | | | | ████████ |
| 12/03/24 | J. Richert | 0.70 | 322.00 | Review Episode 101 of Yellowjackets |
| 12/04/24 | C. Freeman | 0.30 | 160.50 | Initial review of complaint in connection with motion to dismiss |
| | | | | ████████ |
| 12/04/24 | J. Richert | 0.80 | 368.00 | Review Yellowjackets Season 1 and Season 2 summary |
| | | | | ████████ |
| 12/07/24 | C. Freeman | 1.80 | 963.00 | Watch plaintiff's film and take notes in support of MTD |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Lionsgate Entertainment
Firm Matter Number: ███████
DWT Attorney: Nicolas Jampol

**Davis Wright Tremaine LLP**

Invoice # ███████
Page **2** of **4**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 12/08/24 | C. Freeman | 3.00 | 1,605.00 | Watch episodes of Yellowjackets and take notes in connection with motion to dismiss complaint |
| 12/09/24 | C. Freeman | 0.90 | 481.50 | Review Judge Pregerson's standing order, rules, and prior copyright decisions in connection with motion to dismiss claims |
| 12/10/24 | J. Richert | 1.60 | 736.00 | Review Episodes 102-103 of Yellowjackets |
| 12/11/24 | J. Richert | 1.60 | 736.00 | Review Episodes 102, 103, and 104 of Yellowjackets |
| 12/11/24 | J. Richert | 1.60 | 736.00 | Conduct preliminary research on ███████ ███████ |
| 12/13/24 | J. Richert | 6.50 | 2,990.00 | Review Episodes 104-110 of Yellowjackets |
| 12/19/24 | J. Richert | 2.80 | 1,288.00 | Review additional episode of Season 2 of Yellowjackets television series for motion to dismiss |
| 12/22/24 | J. Richert | 4.70 | 2,162.00 | Draft factual synopsis of film for motion to dismiss |
| 12/22/24 | J. Richert | 2.00 | 920.00 | Draft argument section regarding lack of similarity in dialogue for motion to dismiss |
| 12/23/24 | J. Richert | 2.70 | 1,242.00 | Draft argument section regarding lack of substantial similarity between setting and pace for motion to dismiss |
| 12/24/24 | J. Richert | 3.10 | 1,426.00 | Draft argument section regarding lack of substantial similarity in protagonists of series and film for motion to dismiss |
| 12/24/24 | J. Richert | 2.90 | 1,334.00 | Draft argument section regarding lack of similarity in theme and mood for motion to dismiss |
| 12/25/24 | J. Richert | 1.60 | 736.00 | Draft remainder of argument section regarding lack of similarity in background and secondary characters for motion to dismiss |
| 12/27/24 | J. Richert | 2.40 | 1,104.00 | Draft argument section regarding lack of similarity in plot for motion to dismiss |
| 12/28/24 | J. Richert | 1.30 | 598.00 | Revise argument sections regarding lack of substantial similarity for motion to dismiss |
| 12/28/24 | J. Richert | 3.40 | 1,564.00 | Draft factual synopsis of series for motion to dismiss |
| 12/28/24 | J. Richert | 1.30 | 598.00 | Draft summary of argument regarding lack of substantial similarity for motion to dismiss |
| **TOTAL** | | ███████ | ███████ | |

Client Name: Lionsgate Entertainment
Firm Matter Number: ██████████
DWT Attorney: Nicolas Jampol

**Davis Wright Tremaine LLP**

Invoice # ███████
Page **3** of **4**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **TIMEKEEPER SUMMARY** | | | |
| **PARTNER** | | | |
| Jampol, N. | ██ | $600.00 | ████ |
| **Total for Partner** | ██ | | ████ |
| **COUNSEL** | | | |
| Freeman, C. | ██ | $535.00 | ████ |
| **Total for Counsel** | ██ | | ████ |
| **ASSOCIATE** | | | |
| Richert, J. | ██ | $460.00 | ████ |
| **Total for Associate** | ██ | | ████ |
| **OTHER PROFESSIONAL** | | | |
| Mecklem, S. | ██ | $160.00 | ████ |
| **Total for Other Professional** | ██ | | ████ |
| **TOTAL** | ██ | | ████ |

| **TOTAL AMOUNT DUE THIS INVOICE** | $ ████ |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID ███████
**DWT.COM**

Lionsgate Entertainment



February 18, 2025
Invoice ███████
**ELECTRONIC BILLING**

**Matter Name:** Eden Film v. Lockjaw
**Firm Matter Number:** ███████████
**DWT Attorney:** Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:** ████████
**Claim Number:** ██████████

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL
FOR FILING PURPOSES ONLY**

---

Total Current Fees
Total Current Costs                                          

| | |
|---|---|
| **Total Amount Due This Invoice** | $   |



**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 01/07/25 | C. Freeman | 1.00 | 650.00 | Preliminary comments to draft motion to dismiss |
| 01/07/25 | J. Richert | 0.60 | 294.00 | Research ███████████████████████████ |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Lionsgate Entertainment
Firm Matter Number: ████████
DWT Attorney: Nicolas Jampol

**Davis Wright Tremaine LLP**

Invoice # ████████
Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/09/25 | J. Richert | 3.30 | 1,617.00 | Revise legal argument sections explaining how works are dissimilar |
| 01/09/25 | J. Richert | 2.20 | 1,078.00 | Revise legal standard section to include ████████ |
| 01/09/25 | J. Richert | 3.00 | 1,470.00 | Revise factual background section to reorganize structure, include additional relevant details and remove extraneous information |
| 01/13/25 | J. Richert | 2.40 | 1,176.00 | Revise motion to dismiss to streamline legal arguments and factual background |
| 01/16/25 | J. Richert | 0.50 | 245.00 | Attend meet-and-confer with opposing counsel regarding motion to dismiss and correspondence regarding same |
| 01/16/25 | J. Richert | 3.50 | 1,715.00 | Revise introduction of motion to dismiss and argument section of brief to streamline |
| 01/18/25 | C. Freeman | 1.20 | 780.00 | Revise motion to dismiss fact section |
| 01/18/25 | C. Freeman | 0.40 | 260.00 | Revise motion to dismiss arguments on filtering unprotectable elements |
| 01/18/25 | C. Freeman | 2.10 | 1,365.00 | Revise motion to dismiss argument regarding plot, themes, characters, moods, and sequences of events |
| 01/18/25 | C. Freeman | 1.70 | 1,105.00 | Draft introduction to motion to dismiss |
| 01/19/25 | C. Freeman | 1.60 | 1,040.00 | Further revisions to motion to dismiss |
| 01/19/25 | N. Jampol | 1.60 | 1,040.00 | Review and revise motion to dismiss |
| 01/19/25 | J. Richert | 2.00 | 980.00 | Revise motion to dismiss to include ████████ |
| 01/19/25 | J. Richert | 4.30 | 2,107.00 | Revise motion to dismiss to include citations to underlying works at issue |
| 01/20/25 | J. Richert | 2.80 | 1,372.00 | Revise motion to dismiss to implement edits from N. Jampol |
| 01/21/25 | J. Richert | 3.60 | 1,764.00 | Revise motion to dismiss to implement comments from clients |
| 01/21/25 | J. Richert | 2.00 | 980.00 | Draft lawyer declaration and notice of lodging to file with motion to dismiss |
| 01/22/25 | J. Richert | 1.80 | 882.00 | Revise motion to dismiss to ████████ |
| 01/22/25 | J. Richert | 1.10 | 539.00 | Draft notice of interested parties and research corporate structure of corporate entity defendants |
| 01/23/25 | J. Richert | 0.40 | 196.00 | Revise lawyer declaration and notice of lodging ████████ |
| 01/24/25 | C. Freeman | 1.60 | 1,040.00 | Final revisions to motion to dismiss and related filings |
| 01/24/25 | J. Richert | 5.30 | 2,597.00 | Implement final edits from clients across all motion papers |
| 01/28/25 | C. Freeman | 0.10 | 65.00 | Communicate with opposing counsel regarding motion to dismiss |

**TOTAL** ████ ████

Client Name: Lionsgate Entertainment
Firm Matter Number: ██████████
DWT Attorney: Nicolas Jampol

**Davis Wright Tremaine LLP**

Invoice ████████
Page **3** of **4**

**COSTS:**

| NARRATIVE | AMOUNT |
|---|---|
|  | |
| **TOTAL COSTS** | ████ |

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Freeman, C. | ██ | $650.00 | ████ |
| Jampol, N. | ██ | $650.00 | ████ |
| **Total for Partner** | ██ | | ████ |
| **ASSOCIATE** | | | |
| Richert, J. | ██ | $490.00 | ████ |
| **Total for Associate** | ██ | | ████ |
| **PARALEGAL** | | | |
| Miks, C. | ██ | $165.00 | ████ |
| **Total for Paralegal** | ██ | | ████ |
| **TOTAL** | ██ | | ████ |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | ████ |

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID ███████
**DWT.COM**

Lionsgate Entertainment



March 25, 2025
Invoice # ███████
**ELECTRONIC BILLING**

**Matter Name**: Eden Film v. Lockjaw
**Firm Matter Number**: ███████
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number**: ███████
**Claim Number**: ███████

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

---

Total Current Fees
Total Current Costs                                         

| | |
|---|---|
| **Total Amount Due This Invoice** | $ ███████ |



**PROFESSIONAL FEES RENDERED:**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/03/25 | C. Freeman | 0.10 | 65.00 | Communicate with opposing counsel regarding motion to dismiss |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Lionsgate Entertainment
Firm Matter Number: ███████████
DWT Attorney: Nicolas Jampol



Davis Wright
Tremaine LLP

Invoice # ███████

Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| ████████████████████████████████████████ | | | | |
| 02/07/25 | C. Freeman | 0.30 | 195.00 | Review court order and communicate with clients |
| ████████████████████████████████████████ | | | | |
| 02/24/25 | C. Freeman | 1.30 | 845.00 | Review plaintiff's opposition to motion to dismiss and prepare response strategy to same, and communicate with clients ██████████ |
| 02/24/25 | N. Jampol | 1.10 | 715.00 | Review opposition to motion to dismiss and prepare comments for reply brief regarding same |
| 02/25/25 | J. Richert | 0.60 | 294.00 | Review opposition to motion to dismiss filed by plaintiff |
| 02/27/25 | J. Richert | 2.50 | 1,225.00 | Draft outline for reply and review case law cited in opposition to motion to dismiss |
| 02/28/25 | J. Richert | 6.40 | 3,136.00 | Draft legal argument section refuting plaintiff's allegations of similarity between the works for reply in support of motion to dismiss |
| 02/28/25 | J. Richert | 4.80 | 2,352.00 | Draft legal argument section regarding ability of the court to assess similarity at pleading stage for reply in support of motion to dismiss and perform additional research for supporting case law |
| **TOTAL** | | ████ | ██████ | |

---

<u>COSTS:</u>

| NARRATIVE | AMOUNT |
|-----------|--------|
| ███████████████████████████████████████████████████████ | |
| **TOTAL COSTS** | ██████ |

---

Client Name: Lionsgate Entertainment
Firm Matter Number: ███████
DWT Attorney: Nicolas Jampol



Invoice # ███████
Page **3** of **4**

|  | TIMEKEEPER SUMMARY |  |  |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Freeman, C. | ██ | $650.00 | ████ |
| Jampol, N. | ██ | $650.00 | ████ |
| **Total for Partner** | ██ | | ████ |
| **ASSOCIATE** | | | |
| Richert, J. | ██ | $490.00 | ████ |
| **Total for Associate** | ██ | | ████ |
| **TOTAL** | ██ | | ████ |

| **TOTAL AMOUNT DUE THIS INVOICE** | $ ████ |
|---|---|



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID ███████
**DWT.COM**

**Lionsgate Entertainment**



**April 30, 2025**
Invoice # ███████
**ELECTRONIC BILLING**

**Matter Name:** Eden Film v. Lockjaw
**Firm Matter Number:** ███████
**DWT Attorney:** Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:** ███████
**Claim Number:** ███████

**Invoice for Fees and Costs**

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

---

Total Current Fees
Total Current Costs


**Total Amount Due This Invoice**                    $    



**PROFESSIONAL FEES RENDERED:**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/01/25 | C. Freeman | 3.00 | 1,950.00 | Watch Episodes 104-106 in order to refute plaintiff's allegations spanning all seasons in reply briefing and oral argument |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Lionsgate Entertainment
Firm Matter Number: ███████
DWT Attorney: Nicolas Jampol



Invoice # ███████
Page 2 of 5

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 03/02/25 | C. Freeman | 4.00 | 2,600.00 | Watch Episodes 107-110 in order to refute plaintiff's allegations spanning all seasons in reply briefing and oral argument |
| 03/03/25 | J. Richert | 3.10 | 1,519.00 | Reply in support of motion to dismiss |
| 03/03/25 | J. Richert | 3.00 | 1,470.00 | Research case law ███████████ for reply in support of motion to dismiss |
| 03/04/25 | C. Freeman | 3.00 | 1,950.00 | Watch Episodes 201-203 in order to refute plaintiff's allegations spanning all seasons in reply briefing and oral argument |
| 03/05/25 | C. Freeman | 1.20 | 780.00 | Revise MTD reply argument that the works are not substantially similar as a matter of law |
| 03/05/25 | C. Freeman | 0.70 | 455.00 | Revise MTD reply argument that dismissal should be with prejudice and review cases in connection with same |
| 03/05/25 | C. Freeman | 2.10 | 1,365.00 | Revise MTD reply argument that courts can decide substantial similarity on a motion to dismiss and review recent cases in connection with same |
| 03/05/25 | C. Freeman | 1.60 | 1,040.00 | Revise MTD reply argument that the works do not share a protectable selection and arrangement of unprotectable elements and review cases in connection with same |
| 03/05/25 | C. Freeman | 0.40 | 260.00 | Revise introduction to reply in support of motion to dismiss |
| 03/05/25 | N. Jampol | 1.30 | 845.00 | Review and revise reply in support of motion to dismiss complaint |
| 03/05/25 | J. Richert | 2.00 | 980.00 | Revise reply in support of motion to dismiss to coordinate additional supporting case law |
| 03/05/25 | J. Richert | 0.70 | 343.00 | Perform additional research for case law ███████ ██████████ |
| 03/06/25 | C. Freeman | 4.00 | 2,600.00 | Watch Episodes 204-207 in order to refute plaintiff's allegations spanning all seasons in reply briefing and oral argument |
| 03/06/25 | C. Freeman | 0.80 | 520.00 | Revise reply in support of motion to dismiss |
| 03/06/25 | J. Richert | 2.80 | 1,372.00 | Revise reply brief in support of motion to dismiss per client comments |
| ████████ | ███████ | ████ | ██████ | ████████████████████████████ |
| 03/07/25 | C. Freeman | 1.30 | 845.00 | Revise reply in support of motion to dismiss to address client comments |
| 03/07/25 | N. Jampol | 0.80 | 520.00 | Review and revise updated reply in support of motion to dismiss with client's comments |
| 03/07/25 | J. Richert | 1.60 | 784.00 | Revise reply in support of motion to dismiss and communicate with clients ███████ |
| ████████ | ███████ | ████ | ██████ | ████████████████████████████ |
| 03/08/25 | C. Freeman | 2.00 | 1,300.00 | Watch Episodes 208-209 in order to refute plaintiff's allegations spanning all seasons in reply briefing and oral argument |
| 03/09/25 | C. Freeman | 0.70 | 455.00 | Revise reply in support of motion to dismiss |

Client Name: Lionsgate Entertainment
Firm Matter Number: ███████████
DWT Attorney: Nicolas Jampol



Invoice # ██████████
**Page 3 of 5**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 03/10/25 | C. Freeman | 0.50 | 325.00 | Revise reply in support of motion to dismiss |
| 03/10/25 | N. Jampol | 0.80 | 520.00 | Review and final revisions to reply in support of motion to dismiss based on client comments |
| 03/10/25 | J. Richert | 1.90 | 931.00 | Revise reply in support of motion to dismiss per client comments and finalize for filing |
| 03/17/25 | J. Richert | 0.20 | 98.00 | Draft status update for case and communicate with C. Freeman regarding same |
| 03/25/25 | C. Freeman | 2.90 | 1,885.00 | Review all briefing in preparation for oral argument on motion to dismiss |
| 03/26/25 | J. Richert | 0.50 | 245.00 | Draft case status update to include revised hearing date on motion to dismiss |
| 03/31/25 | C. Freeman | 1.00 | 650.00 | Review ███████████████████████████ to prepare for oral argument on motion to dismiss |
| **TOTAL** | | ███ | ██████ | |

Costs:

| Narrative | Amount |
|-----------|--------|
| ████████████████████████████████████████ | ████ |
| **TOTAL COSTS** | ████ |

Client Name: Lionsgate Entertainment
Firm Matter Number: ██████████
DWT Attorney: Nicolas Jampol

**Davis Wright Tremaine LLP**

Invoice # ███████
**Page 4 of 5**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| Freeman, C. | ██ | $650.00 | ████ |
| Jampol, N. | ██ | $650.00 | ████ |
| **Total for Partner** | ██ | | ████ |
| **ASSOCIATE** | | | |
| Richert, J. | ██ | $490.00 | ████ |
| **Total for Associate** | ██ | | ████ |
| **PARALEGAL** | | | |
| Marsh, E. | ██ | $165.00 | ███ |
| **Total for Paralegal** | ██ | | ███ |
| **OTHER PROFESSIONAL** | | | |
| Callan, J. | ██ | $165.00 | ███ |
| Le, S. | ██ | $165.00 | ███ |
| **Total for Other Professional** | ██ | | ███ |
| **TOTAL** | ██ | | ████ |

| TOTAL AMOUNT DUE THIS INVOICE | $ ████ |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID ███████
**DWT.COM**

Lionsgate Entertainment



May 7, 2025
Invoice # ███████
**ELECTRONIC BILLING**

**Matter Name**: Eden Film v. Lockjaw
**Firm Matter Number**: ████████
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number**: ████████
**Claim Number**: ████████

**Invoice for Fees and Costs**

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

---

Total Current Fees
Total Current Costs                                            

| Total Amount Due This Invoice | $  |
|---|---|



**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 04/14/25 | C. Freeman | 3.00 | 1,950.00 | Watch Episodes 301-303 to address plaintiff's allegations spanning all seasons in preparation for oral argument |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Lionsgate Entertainment
Firm Matter Number: ███████████
DWT Attorney: Nicolas Jampol

**Davis Wright Tremaine** LLP

Invoice # █████████
Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 04/15/25 | C. Freeman | 2.30 | 1,495.00 | Prepare for oral argument on motion to dismiss by reviewing all motion papers |
| 04/17/25 | C. Freeman | 4.00 | 2,600.00 | Watch Episodes 304-307 to address plaintiff's allegations spanning all seasons in preparation for oral argument |
| 04/18/25 | C. Freeman | 4.80 | 3,120.00 | Prepare for oral argument on motion to dismiss by reviewing cases cited in support of motion |
| 04/18/25 | C. Freeman | 3.00 | 1,950.00 | Watch Episodes 308-310 to address plaintiff's allegations spanning all seasons in preparation for oral argument |
| 04/18/25 | N. Jampol | 1.30 | 845.00 | Prepare potential lines of questioning for hearing on motion to dismiss and participate in moot regarding same |
| 04/20/25 | C. Freeman | 4.60 | 2,990.00 | Prepare for oral argument on motion to dismiss by reviewing cases cited by plaintiff and distinguishing facts and holdings |
| 04/21/25 | C. Freeman | 3.70 | 2,405.00 | Prepare for oral argument on motion to dismiss by writing and revising open argument and deliver oral argument before Judge Pregerson |
| 04/21/25 | N. Jampol | 2.60 | 1,690.00 | Prepare for and attend hearing on motion to dismiss and communicate with clients █████████ |
| | | | | ████████████████████████████████████████ |
| 04/24/25 | C. Freeman | 0.20 | 130.00 | Communications with clients regarding ███████ |
| | | | | ████████████████████████████████████████ |
| 04/25/25 | C. Freeman | 0.90 | 585.00 | Review order granting motion to dismiss and communicate with clients ██████████ |
| | | | | ████████████████████████████████████████ |
| 04/25/25 | J. Richert | 0.60 | 294.00 | Review court's opinion on motion to dismiss |
| 04/28/25 | C. Freeman | 0.30 | 195.00 | Prepare initial strategy for motion for attorneys' fees |
| 04/29/25 | J. Richert | 0.70 | 343.00 | Research ████████████████████ for fee motion |
| | | | | ████████████████████████████████████████ |
| 04/30/25 | C. Freeman | 0.10 | 65.00 | Communicate with plaintiff's counsel regarding motion for attorneys' fees |
| 04/30/25 | J. Richert | 2.70 | 1,323.00 | Draft introduction and procedural background section for fee motion |

**TOTAL**     ████     ████████

Client Name: Lionsgate Entertainment
Firm Matter Number: ██████████
DWT Attorney: Nicolas Jampol

**Davis Wright
Tremaine** LLP

Invoice # ████████
Page **3** of **4**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Freeman, C. | ██ | $650.00 | ████████ |
| Jampol, N. | ██ | $650.00 | ████████ |
| **Total for Partner** | ██ | | ████████ |
| **ASSOCIATE** | | | |
| Richert, J. | ██ | $490.00 | ████████ |
| **Total for Associate** | ██ | | ████████ |
| **PARALEGAL** | | | |
| Planchon, B. | ██ | $165.00 | ████████ |
| **Total for Paralegal** | ██ | | ████████ |
| **TOTAL** | ██ | | ████████ |

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ ████████ |

To ensure proper credit to your account,
please include remittance with your payment.

# MATTER PREBILL



Davis Wright
Tremaine LLP

| | | | |
|---|---|---|---|
| **Prebill Number:** | ▮ | **Billing Attorney:** | Jampol, Nicolas |
| **Client:** | ▮ - Lionsgate Entertainment | **Secondary Reviewer:** | Freeman, Cydney |
| **Matter:** | ▮ – Eden Film v. Lockjaw | | |
| **Run Date:** | 5/9/2025 11:56 AM | | **Page 4** |

## Timekeeper Summary

| Tkpr # | Timekeeper Name | Rank | Office | Hours | Average Rate | Amount | Adjustment |
|---|---|---|---|---|---|---|---|
| 4999 | Freeman, Cydney | Partner | Culver City | ▮ | 650.00 | ▮ | |
| 2386 | Jampol, Nicolas | Partner | Culver City | ▮ | 650.00 | ▮ | |
| 7044 | Richert, Joel | Associate | Los Angeles | ▮ | 490.00 | ▮ | |
| 9471 | Planchon, Ben | Paralegal | Los Angeles | ▮ | 165.00 | ▮ | |
| **Totals** | | | | ▮ | ▮ | ▮ | |

## Cost Summary

| Cost Code | Description | Amount | Adjustment |
|---|---|---|---|
| **Total Charges** | | ▮ | |

## MATTER PREBILL



Davis Wright Tremaine LLP

| | | | |
|---|---|---|---|
| **Prebill Number:** | ███ | **Billing Attorney:** | Jampol, Nicolas |
| **Client:** | ███ - Lionsgate Entertainment | **Secondary Reviewer:** | Freeman, Cydney |
| **Matter:** | ███ – Eden Film v. Lockjaw | | |
| **Run Date:** | 5/9/2025 11:56 AM | | **Page 5** |

### Time Details

| Sequence | Date | Timekeeper Name | Description | Task | Act | Worked Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|---|---|
| 38166219 | 05/01/25 | Freeman, Cydney | Communicate with opposing counsel regarding fees motion | L250 | A107 | 0.10 | 65.00 | |
| 38150685 | 05/01/25 | Richert, Joel | Draft legal argument sections for fee motion | L250 | A103 | 4.30 | 2,107.00 | |
| 38166220 | 05/02/25 | Freeman, Cydney | Communicate with opposing counsel regarding grounds for fees motion | L250 | A107 | 0.40 | 260.00 | |
| 38166323 | 05/02/25 | Freeman, Cydney | Initial structural and line-edit revisions to motion for attorneys' fees | L250 | A103 | 4.10 | 2,665.00 | |
| 38155732 | 05/02/25 | Richert, Joel | Review final billing invoices and communicate with B. Planchon regarding same for fee motion | L250 | A104 | 0.70 | 343.00 | |
| 38155972 | 05/02/25 | Richert, Joel | Revise fee motion per comments from C. Freeman | L250 | A103 | 3.00 | 1,470.00 | |
| 38156038 | 05/02/25 | Richert, Joel | Draft meet and confer email setting out arguments in forthcoming fee motion to opposing counsel | L250 | A103 | 0.60 | 294.00 | |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | |
| 38166800 | 05/03/25 | Freeman, Cydney | Revise fees motion to reflect additional supporting case law | L250 | A103 | 1.00 | 650.00 | |
| 38155348 | 05/03/25 | Richert, Joel | Perform additional research ███ and revise legal argument section regarding same | L250 | A103 | 2.00 | 980.00 | |
| 38156877 | 05/03/25 | Richert, Joel | Research ███ for fee motion | L250 | A103 | 1.40 | 686.00 | |
| 38152195 | 05/04/25 | Jampol, Nicolas | Review and revise motion for attorneys' fees and supporting materials in connection with same | L120 | A103 | 1.80 | 1,170.00 | |
| 38166714 | 05/05/25 | Freeman, Cydney | Review research regarding ███ and incorporate strategy into fees motion | L250 | A104 | 1.30 | 845.00 | |

## MATTER PREBILL



| | | |
|---|---|---|
| **Prebill Number:** | ████ | |
| **Client:** | ████ - Lionsgate Entertainment | |
| **Matter:** | ████ – Eden Film v. Lockjaw | |
| **Run Date:** | 5/9/2025 11:56 AM | |

| | |
|---|---|
| **Billing Attorney:** | Jampol, Nicolas |
| **Secondary Reviewer:** | Freeman, Cydney |
| | **Page 6** |

### Time Details

| Sequence | Date | Timekeeper Name | Description | Task | Act | Worked Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 38158811 | 05/05/25 | Richert, Joel | Revise fee motion per comments from N. Jampol | L250 | A103 | 1.50 | 735.00 | |
| | | | | | | | | |
| 38159922 | 05/05/25 | Richert, Joel | Draft Freeman declaration in support of fee motion | L250 | A103 | 0.70 | 343.00 | |
| 38167390 | 05/06/25 | Freeman, Cydney | Revise fees motion to incorporate additional arguments and for flow, and communicate with clients ████ | L250 | A106 | 1.70 | 1,105.00 | |
| 38158984 | 05/06/25 | Jampol, Nicolas | Review and revise motion for attorneys' fees in light of ████ | L120 | A103 | 0.60 | 390.00 | |
| 38167555 | 05/06/25 | Richert, Joel | Revise fee motion and declarations to include additional factual basis in support of fee award | L250 | A103 | 0.50 | 245.00 | |
| 38167731 | 05/07/25 | Freeman, Cydney | Communicate with clients ████ | L250 | A106 | 0.80 | 520.00 | |
| 38167535 | 05/07/25 | Richert, Joel | Revise fee motion to implement client edits | L250 | A103 | 0.60 | 294.00 | |
| | | | | | | | | |
| 38170556 | 05/08/25 | Freeman, Cydney | Review and revise all supporting documents for motion for attorneys' fees | L250 | A103 | 2.30 | 1,495.00 | |
| 38170327 | 05/08/25 | Richert, Joel | Revise fee motion and implement citations to declarations and exhibits into brief | L250 | A103 | 2.50 | 1,225.00 | |
| 38170696 | 05/08/25 | Richert, Joel | Revise declarations in support of fee motion and make corresponding changes in body of brief | L250 | A103 | 1.70 | 833.00 | |

## MATTER PREBILL


Davis Wright Tremaine LLP

| | | | |
|---|---|---|---|
| **Prebill Number:** | ⬛ | **Billing Attorney:** | Jampol, Nicolas |
| **Client:** | ⬛ - Lionsgate Entertainment | **Secondary Reviewer:** | Freeman, Cydney |
| **Matter:** | ⬛ – Eden Film v. Lockjaw | | |
| **Run Date:** | 5/9/2025 11:56 AM | | **Page 7** |

### Time Details

| Sequence | Date | Timekeeper Name | Description | Task | Act | Worked Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|---|---|
| 38170752 | 05/08/25 | Richert, Joel | Review billing invoices to attach to fee motion and mark for redaction | L250 | A104 | 0.60 | 294.00 | |
| **Total Fees** | | | | | | ⬛ | ⬛ | ⬛ |

### Cost Details

| Sequence | Date | Description | | Code | Amount | Adjustment |
|---|---|---|---|---|---|---|
| **Total Charges** | | | | | ⬛ | ⬛ |
| **Total Fees and Charges:** | | | | | | ⬛ |

### Approvals

**Billing Attorney Approval**

**Approval Date**