Anya Fuchs, Esq.
Anya Fuchs, PC
440 E. Huntington Drive, Suite 300
Arcadia, CA 91006
Telephone: 510-685-9717
Facsimile: 510-743-7147
anya@anyafuchslaw.com

Charles M. Stam (*pro hac vice* filed)
Thompson Stam PLLC
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (844) 846-7826
Facsimile: (713) 379-8076
charles@thompsonstam.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporation; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case Number: 2:24-cv-09851-DDP-SK<br><br>**JOINT STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Current Hearing Date: June 9, 2025<br><br>Proposed Hearing Date: July 14, 2025 |

1. Plaintiff Eden Film Production LLC and Defendants Lions Gate Entertainment, Inc., Showtime Networks Inc., Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively, "Defendants") (together with Plaintiff, "Parties") file this joint stipulation pursuant to L.R. 7-1 and 7-11 to continue the hearing date and extend the deadlines for the Parties to respond and reply to Defendants' Motion for Attorneys' Fees [Dkt. 42]:

2. The Court dismissed this action on April 25, 2025. Dkt. 39. Defendants filed their Motion for Attorneys' Fees on May 9, 2025, and set the hearing for June 9, 2025. Dkt. 42.

3. Plaintiff's current response deadline is May 19, 2025. Plaintiff seeks to extend this deadline. Defendants do not oppose. Accordingly, the Parties request the following hearing and briefing schedule be entered in this action:

    a) Plaintiff's opposition deadline is continued to June 16, 2025.

    b) Defendants' reply deadline is continued to June 30, 2025.

    c) The hearing is continued to July 14, 2025, or the next available hearing date thereafter.

///

///

///

1  WHEREFORE, the Parties request the honorable Court enter this stipulation
2  and enter an order setting the new hearing date and deadlines as proposed herein.

3  Dated: May 19, 2025                       Respectfully submitted,

4                                            ANYA FUCHS, PC

5                                            _____/s/ *Anya Fuchs*_____
                                             Anya Fuchs, Esq.
6

7                                            Charles M. Stam (*pro hac vice* filed)
                                             THOMPSON STAM PLLC

8                                            **Counsel for Plaintiff**

9
10 Dated: May 19, 2025                       DAVIS WRIGHT TREMAINE LLP

11                                           _____/s/ *Cydney Swofford Freeman*_____
                                             Nicolas A. Jampol
12                                           Cydney Swofford Freeman
                                             Joel Richert

13                                           **Counsel for Defendants**
                                             LIONS GATE ENTERTAINMENT,
14                                           INC., SHOWTIME NETWORKS
                                             INC., BEER CHRISTMAS, LTD.,
15                                           ASHLEY LYLE, AND BART
                                             NICKERSON

**CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 440 E. Huntington Drive, Suite 300, Arcadia, CA 91006; and that on this date I served a true copy of the document(s) entitled:

- **JOINT STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Service was effectuated by forwarding the above-noted document in the following manner:

[XX] VIA CM/ECF. I electronically served the above document(s) via CM/ECF on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

I certify that I am a member of the bar of this court.

Executed on May 19, 2025, at Emeryville, CA.

/s/ *Anya Fuchs*
Anya Fuchs

*Eden Film Production LLC. v. Lockjaw LLC, et al.*
USDC CACD Case No.: 2:24-cv-09851-DDP-SK