Anya Fuchs, Esq.
Anya Fuchs, PC
440 E. Huntington Drive, Suite 300
Arcadia, CA 91006
Telephone:  510-685-9717
Facsimile:  510-743-7147
anya@anyafuchslaw.com

Charles M. Stam (*pro hac vice* filed)
Thompson Stam PLLC
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (844) 846-7826
Facsimile: (713) 379-8076
charles@thompsonstam.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporation; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case Number: 2:24-cv-09851-DDP-SKx<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Current Hearing Date: June 9, 2025<br><br>Proposed Hearing Date: July 14, 2025 |

# ORDER

Plaintiff Eden Film Production LLC and Defendants Lions Gate Entertainment, Inc., Showtime Networks Inc., Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively, "Defendants") filed a stipulation agreeing to extend briefing deadlines to respond and reply to Defendants' Motion for Attorneys' Fes against plaintiff Eden Film Production LLC's ("Plaintiff") after Plaintiff requested the extension and Defendants were unopposed. Having reviewed and considered the motion and all other papers and argument, the stipulation is **GRANTED**.

Accordingly, the Court sets Plaintiff's deadline to respond to Defendants' Motion for Attorneys' Fees [Dkt. 42] on June 16, 2025, Defendants' deadline to reply in support of their Motion for Attorneys' Fees on June 30, 2025, and the hearing of Defendants' Motion for Attorneys' Fees on July 14, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 20, 2025

Honorable Dean D. Pregerson
United States District Judge