FILED
CLERK, U.S. DISTRICT COURT

May 29, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Reassignment of Cases from the Calendar<br><br>of<br><br>Judge DEAN D. PREGERSON | ORDER OF THE CHIEF JUDGE<br>**25-083** |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be transferred from the calendar of Judge Dean D. Pregerson to the calendar of Judge David O. Carter for all further proceedings:

| | |
|---|---|
| 2:19-cv-09239-DDP-Ex | Lester Phillip Blake v. California Dept. of Correction, et al. |
| 2:24-cv-02802-DDP-ASx | Community Partners v. Latino Donor Collaborative, et al. |
| 2:24-cv-06406-DDP-BFMx | Los Angeles Waterkeeper v. CJI Process Systems, Inc., et al. |
| 2:24-cv-09851-DDP-SKx | Eden Film Production LLC v. Lockjaw LLC, et al. |
| 2:95-cv-04619-DDP | Tuilaepa v. Calderon |
| 8:24-cv-01104-DDP-KESx | Yeong Lee v. Mai T. Nguyen, et al. |

On all documents subsequently filed in the case, the Judge initials "DOC" shall be substituted after the case number in place of the initials of the prior Judge.

Dated: May 29, 2025

Chief Judge Dolly M. Gee