# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Sam Ho | 2a. Contact Phone Number: (213) 952-9575 | 3a. Contact E-mail Address: samho@dwt.com |
| 1b. Attorney Name (if different): Nicolas A. Jampol | 2b. Attorney Phone Number: (213) 633-8651 | 3b. Attorney E-mail Address: nicolasjampol@dwt.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071

5. Name & Role of Party Represented: Defendants Lions Gate Entertainment, Inc., et al.

6. Case Name: Eden Film Production LLC v. Lockjaw LLC et al.

7a. District Court Case Number: 2:24-cv-09851-DOC-SK

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Maria Bustillos

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/2025 | 37 | Pregerson | Hearing on Motion to Dismiss Plaintiff's Complaint | ● | ○ | ○ | ○ | ○ | ○ | ● | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 5, 2025    Signature: /s/ Nicolas A. Jampol

G-120 (06/18)