NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
JOEL RICHERT (State Bar No. 327116)
  joelrichert@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants
LIONS GATE ENTERTAINMENT, INC.,
SHOWTIME NETWORKS INC., BEER
CHRISTMAS, LTD., ASHLEY LYLE,
and BART NICKERSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>                        Plaintiff,<br><br>     vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporate; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>                        Defendants. | Case No. 2:24-cv-09851-DOC-SK<br><br>**SUPPLEMENTAL DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

## DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Lions Gate Entertainment, Inc. ("Lions Gate"), Showtime Networks Inc. ("Showtime"), Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively "Defendants") in this matter. The facts stated below are based on my own personal knowledge, and on my review of DWT's regularly maintained billing records.

2. DWT issues monthly invoices memorializing its legal fees and costs. I have personally reviewed DWT's billing records in this matter. Each of the invoices sets forth entries with descriptions of legal services rendered and by whom they were rendered, and the time spent on those services. Each entry on the invoices was prepared in the normal course of DWT's business, including by commercial timekeeping software.

3. Attached as **Exhibit 2** is a true and correct copy of the daily time entries for June 2025 for each DWT timekeeper, with descriptions of the work performed by each professional on each day. These entries have been redacted to remove entries for which Defendants do not seek to recover fees and to protect privileged information.

4. The table below summarizes the time spent and amount of fees requested, which is only a portion of the overall fees Defendants incurred.

| Name | Title | Discounted Rate | Hours | Total |
|---|---|---|---|---|
| Nicolas A. Jampol | Partner | $650 | 4.9 | $3,185 |
| Cydney Swofford Freeman | Partner | $650 | 6.2 | $4,030 |
| Joel Richert | Associate | $490 | 22.3 | $10,927 |

5. As reflected in Exhibit 2 and the chart at Paragraph 4, Defendants have incurred $18,142.00 in fees related to their reply briefing for which they seek reimbursement, for a total fee amount of $147,447.00.

6. Attached as **Exhibit 3** is a true and correct copy of the certified transcript of the April 21, 2025 hearing on Defendants' Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 30th day of June, 2025, in Los Angeles, California.

                                                /s/ Cydney Swofford Freeman
                                                Cydney Swofford Freeman