# EXHIBIT 2

| **MATTER PREBILL** | | | | | |  Davis Wright Tremaine LLP | |
|---|---|---|---|---|---|---|---|

| **Prebill Number:** | ■ | | | **Billing Attorney:** | | | Jampol, Nicolas |
|---|---|---|---|---|---|---|---|
| **Client:** | ■ - Lionsgate Entertainment | | | **Secondary Reviewer:** | | | Freeman, Cydney |
| **Matter:** | ■ – Eden Film v. Lockjaw | | | | | | |
| **Run Date:** | 6/30/2025 11:55 AM | | | | | | Page 4 |

| Timekeeper Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Tkpr #** | **Timekeeper Name** | **Rank** | **Office** | **Hours** | **Average Rate** | **Amount** | **Adjustment** |
| 4999 | Freeman, Cydney | Partner | Culver City | ■ | 650.00 | ■ | |
| 2386 | Jampol, Nicolas | Partner | Culver City | ■ | 650.00 | ■ | |
| 7044 | Richert, Joel | Associate | Los Angeles | ■ | 490.00 | ■ | |
| **Totals** | | | | ■ | ■ | ■ | |

| Cost Summary | | | |
|---|---|---|---|
| **Cost Code** | **Description** | **Amount** | **Adjustment** |
| **Total Charges** | | ■ | |

**MATTER PREBILL** 

| | | | |
|---|---|---|---|
| **Prebill Number:** | ▮ | **Billing Attorney:** | Jampol, Nicolas |
| **Client:** | ▮ - Lionsgate Entertainment | **Secondary Reviewer:** | Freeman, Cydney |
| **Matter:** | ▮ – Eden Film v. Lockjaw | | |
| **Run Date:** | 6/30/2025 11:55 AM | | Page 5 |

### Time Details

| Sequence | Date | Timekeeper Name | Description | Task | Act | Worked Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|---|---|
| 38350696 | 06/16/25 | Freeman, Cydney | Review plaintiff's opposition to fees motion and prepare reply strategy for same | L250 | A104 | 1.50 | 975.00 | |
| 38318754 | 06/16/25 | Richert, Joel | Review plaintiff's opposition to motion for attorneys' fees | L250 | A104 | 0.50 | 245.00 | |
| 38349625 | 06/17/25 | Freeman, Cydney | Communicate with clients ▮ | L250 | A104 | 0.20 | 130.00 | |
| 38319111 | 06/17/25 | Jampol, Nicolas | Review opposition to motion for attorneys' fees and prepare proposed outline for reply in support of motion | L120 | A103 | 0.80 | 520.00 | |
| 38351883 | 06/17/25 | Richert, Joel | Distinguish case law cited in plaintiff's response to fees motion | L250 | A104 | 2.20 | 1,078.00 | |
| 38352214 | 06/17/25 | Richert, Joel | Draft outline of reply in support of fees motion | L250 | A103 | 2.70 | 1,323.00 | |
| 38351886 | 06/18/25 | Richert, Joel | Draft legal argument relating to appropriateness of fees for reply in support of fees motion | L250 | A103 | 4.10 | 2,009.00 | |
| 38352220 | 06/18/25 | Richert, Joel | Draft legal argument related to reasonableness of fees for reply in support of fees motion | L250 | A103 | 3.10 | 1,519.00 | |
| 38331870 | 06/22/25 | Jampol, Nicolas | Review and revise reply in support of motion for attorneys' fees | L240 | A103 | 1.60 | 1,040.00 | |
| 38342490 | 06/24/25 | Jampol, Nicolas | Final revisions to reply brief in support of motion for attorneys' fees | L120 | A103 | 2.20 | 1,430.00 | |
| 38346285 | 06/24/25 | Richert, Joel | Revise reply brief for fee motion to implement edits from N. Jampol and reorganize argument sections | L250 | A103 | 4.80 | 2,352.00 | |
| 38348168 | 06/25/25 | Freeman, Cydney | Revise reply brief in support of motion for attorneys' fees and communicate with clients ▮ | L250 | A103 | 3.30 | 2,145.00 | |
| 38344420 | 06/25/25 | Jampol, Nicolas | Communicate with clients ▮ | L120 | A104 | 0.30 | 195.00 | |

**MATTER PREBILL** 

| | | | |
|---|---|---|---|
| **Prebill Number:** | ▇ | **Billing Attorney:** | Jampol, Nicolas |
| **Client:** | ▇ - Lionsgate Entertainment | **Secondary Reviewer:** | Freeman, Cydney |
| **Matter:** | ▇ – Eden Film v. Lockjaw | | |
| **Run Date:** | 6/30/2025 11:55 AM | | Page 6 |

**Time Details**

| Sequence | Date | Timekeeper Name | Description | Task | Act | Worked Hours | Amount | Adjustment |
|---|---|---|---|---|---|---|---|---|
| 38350180 | 06/25/25 | Richert, Joel | Implement additional revisions into reply in support of fee motion | L250 | A103 | 0.90 | 441.00 | |
| 38352116 | 06/26/25 | Freeman, Cydney | Review client revisions to reply in support of motion for attorneys' fees | L250 | A104 | 0.50 | 325.00 | |
| 38350991 | 06/26/25 | Richert, Joel | Revise reply in support of fees motion to implement client edits | L250 | A103 | 1.00 | 490.00 | |
| 38352224 | 06/26/25 | Richert, Joel | Review billing records and draft supplemental declaration for reply in support of fees motion | L250 | A103 | 3.00 | 1,470.00 | |
| 38356345 | 06/29/25 | Freeman, Cydney | Revise supplemental Freeman declaration in support of motion for attorneys' fees and review additional exhibits for same | L250 | A103 | 0.70 | 455.00 | |
| **Total Fees** | | | | | | ▇ | ▇ | ▇ |

**Cost Details**

| Sequence | Date | Description | Code | Amount | Adjustment |
|---|---|---|---|---|---|
| **Total Charges** | | | | ▇ | ▇ |

| | |
|---|---|
| **Total Fees and Charges:** | ▇ |

**Approvals**

Billing Attorney Approval