|   |   |
|---|---|
| 1 | NICOLAS A. JAMPOL (State Bar No. 244867) |
|   |   nicolasjampol@dwt.com |
| 2 | CYDNEY SWOFFORD FREEMAN (State Bar No. 315766) |
|   |   cydneyfreeman@dwt.com |
| 3 | JOEL RICHERT (State Bar No. 327116) |
|   |   joelrichert@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 350 South Grand Avenue, 27th Floor |
| 5 | Los Angeles, California 90071 |
|   | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |

Attorneys for Defendants

Anya Fuchs, Esq.
Anya Fuchs, PC
440 E. Huntington Drive, Suite 300
Arcadia, CA 91006
Telephone: (510) 685-9717
Fax: (510) 743-7147
anya@anyafuchslaw.com

Charles M. Stam (*pro hac vice*)
Thompson Stam PLLC
717 Texas Avenue, Suite 1200
Houston, Texas 77002
Telephone: (844) 846-7826
Facsimile: (713) 379-8076
charles@thompsonstam.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDEN FILM PRODUCTION LLC, a Delaware corporation,

    Plaintiff,

vs.

LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporation; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,

    Defendants.

Case No. 2:24-cv-09851-DOC-SK

**JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Current Hearing Date: July 21, 2025

Proposed Hearing Date: Aug. 11, 2025

# JOINT STIPULATION

Plaintiff Eden Film Production LLC and Defendants Lions Gate Entertainment, Inc., Showtime Networks, Inc., Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively, "Defendants") (together with Plaintiff, the "Parties") file this joint stipulation pursuant to L.R. 7-1 and 7-11 to continue the hearing date on Defendants' Motion for Attorneys' Fees (Dkt. 42) (the "Motion"), pursuant to the following facts:

1. Defendants filed the Motion on May 9, 2025. Dkt. 42. Plaintiff filed its opposition on June 16, 2025, Dkt. 50, and Defendants filed their reply on June 30, 2025. Dkt. 52.

2. On June 30, 2025, the Court entered a scheduling notice continuing the hearing on the Motion from July 14, 2025, to July 21, 2025. Dkt. 51.

3. Because Plaintiff's counsel has a trial in another matter scheduled to begin that same day and Defendants' counsel has a preexisting conflict as well, the Parties request that the hearing on the Motion be continued to August 11, 2025, or the next available hearing date thereafter.

NOW, THEREFORE, the Parties request the honorable Court enter this joint stipulation and enter an order continuing the hearing on the Motion from July 21, 2025 to August 11, 2025, or a later date convenient to the Court.

DATED: July 11, 2025          THOMPSON STAM PLLC

                              By:  */s/ Charles M. Stam*
                              Counsel For Plaintiff


DATED: July 11, 2025          DAVIS WRIGHT TREMAINE LLP

                              By:  */s/ Cydney Swofford Freeman*
                                   Cydney Swofford Freeman
                              Attorneys for Defendants

JOINT STIPULATION                    1