# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN FILM PRODUCTION LLC, a Delaware corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>LOCKJAW LLC, a California corporation; ASHLEY LYLE, an individual; BART NICKERSON, an individual; BEER CHRISTMAS, LTD., a California corporation; SHOWTIME NETWORKS INC., a California corporation; LIONS GATE ENTERTAINMENT, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-09851-DOC-SK<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

# ORDER

Plaintiff Eden Film Production LLC ("Plaintiff") and defendants Lions Gate Entertainment, Inc., Showtime Networks, Inc., Beer Christmas, Ltd., Ashley Lyle, and Bart Nickerson (collectively, "Defendants") (together, the "Parties") filed a joint stipulation to continue the hearing date on Defendants' Motion or Attorneys' Fees, Dkt. 42, from July 21, 2025, to August 11, 2025. Having reviewed and considered the joint stipulation and all other papers and arguments, the stipulation is **GRANTED.**

Accordingly, Defendants' Motion for Attorneys' Fees set for hearing on July 21, 2025, is continued to August 11, 2025, at 8:30 a.m.

**IT IS SO ORDERED.**


DATED: _____    _____
David O. Carter
United States District Judge

1

[PROPOSED] ORDER